IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

| | | |
|---|---|---|
| IN RE: | : | |
| **DANIEL W. HILL** | : | BK. No. 16-10360-mdc |
| Debtor | : | |
| | : | Chapter No. 13 |
| **WELLS FARGO BANK, N.A.** | : | |
| Movant | : | |
| v. | : | |
| **DANIEL W. HILL** | : | |
| **KELLY A. HILL (NON-FILING CO-DEBTOR)** | : | 11 U.S.C. §362 and §1301 |
| Respondents | : | |

**ORDER MODIFYING §362 and §1301 AUTOMATIC STAY AND CO-DEBTOR STAY**

AND NOW, this 28th day of May, 2019, at **PHILADELPHIA**, upon Motion of **WELLS FARGO BANK, N.A.** (Movant), it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic Stay and Co-Debtor Stay of all proceedings, as provided under 11 U.S.C. §362 and §1301 is granted with respect to, 4 PINE GLEN ROAD, LANGHORNE, PA 19047 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that relief from any co-debtor stay (if applicable) is hereby granted; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

_Magdeline D. Coleman_
MAGDELINE D. COLEMAN, BANKRUPTCY JUDGE

| | |
|---|---|
| WILLIAM C. MILLER, ESQ. (TRUSTEE) | DANIEL W. HILL |
| P.O. BOX 1229 | 4 PINE GLEN ROAD |
| PHILADELPHIA, PA 19105 | LANGHORNE, PA 19047 |
| | |
| PAUL H. YOUNG, ESQUIRE | KELLY A. HILL (NON-FILING CO-DEBTOR) |
| 3554 HULMEVILLE ROAD | 4 PINE GLEN ROAD |
| SUITE 102 | LANGHORNE, PA 19047 |
| BENSALEM, PA 19020 | |

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
833 CHESTNUT STREET
SUITE 500
PHILADELPHIA, PA 19107