Certificate Number: 03621-PAE-DE-035686798

Bankruptcy Case Number: 16-10360



03621-PAE-DE-035686798

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 19, 2021, at 2:14 o'clock PM EDT, Daniel W Hill completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: May 19, 2021

By: /s/Gina EncaladaVera

Name: Gina EncaladaVera

Title: Credit Counselor